**In re Suzanne ZEBEDEE, Genevieve Inchauspe, Marc S. Nasoff, and Alfred M. Prince.**

No. 2009–1173.

United States Court of Appeals, Federal Circuit.

Aug. 14, 2009.

538

Joseph E. Mueth, Joseph E. Mueth Law Corporation, Pasadena, CA, for Alfred M. Prince, Genevieve Inchauspe, Marc S. Nasoff, and Suzanne Zebedee.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for John J. Doll.

## ON MOTION

### *ORDER*

Upon consideration of Suzanne Zebedee et al.'s unopposed motion to dismiss,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.